IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | | |
|---|---|---|
| RONNIE HINES | § | |
| v. | § | CIVIL ACTION NO. 9:06cv44 |
| ATCO STRUCTURES (USA) INC. | § | |

ORDER ADOPTING REPORT AND
RECOMMENDATION OF UNITED STATES
MAGISTRATE JUDGE

The Report and Recommendation of the Magistrate Judge, which contains her findings, conclusions, and recommendation for the disposition of this action, has been presented for consideration. The Report and Recommendation recommends that the complaint be dismissed without prejudice for failure to timely effect service and for failure to prosecute. No written objections have been filed.[1] Therefore, the findings and conclusions of the Magistrate Judge are hereby adopted as those of the Court.

In light of the foregoing, it is

**ORDERED** that the complaint is hereby **DISMISSED** without prejudice pursuant to Fed.R.Civ.P. 4(m) and 41(b). All motions not previously ruled on are **DENIED**.

**SIGNED** this the **20** day of **July, 2006.**

Thad Heartfield
United States District Judge

---

[1] The Court received an acknowledgment of receipt indicating that Plaintiff received the Report and Recommendation on June 26, 2006.